### MAY 12, 1997

No. 96–7167. LARSON v. WISCONSIN. Ct. App. Wis. Motion of petitioner for leave to proceed *in forma pauperis* granted. Cer-

tiorari granted, judgment vacated, and case remanded for further consideration in light of *Richards* v. *Wisconsin, ante,* p. 385. ▮